IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In Re:                                    )
                                          )
**Denise Mardene Subramaniam**           )        Case No. **11-38010-tmb7**
                                          )
                                          )        **MOTION FOR AN EXTENSION OF TIME**
                                          )        **TO FILE DEFICIENCY DOCUMENTS**
Debtor                                    )

The Debtor, by and through his attorney of record, Todd Trierweiler and Associates, requests

the court enter an order extending until October 12, 2011 to file deficiency documents. The Debtor

is requesting additional time because she is still gathering necessary documents to complete

schedules.

The 341(a) hearing is set for October 29, 2011, which would give the creditors and Trustee

seven days to review the documents.

**Motion for an Extension of Time to File Deficiency Documents** Page _1_ of _1__

**Todd Trierweiler & Associates**
**4721 NE 102ᵈ Ave.**
**Portland, OR 97220**
**(503) 253-7777/fax (503) 253-2959**

WHEREFORE, Debtor requests the Court enters and order extending time to file deficiency documents until October 12, 2011.

Respectfully Submitted,


/s/ Todd Trierweiler

Todd Trierweiler OSB# 85348

**Motion for an Extension of Time to File Deficiency Documents** Page _1_ of _1__

Todd Trierweiler & Associates
4721 NE 102ⁿᵈ Ave.
Portland, OR 97220
(503) 253-7777/fax (503) 253-2959

Case 11-38010-tmb7    Doc 8    Filed 09/29/11

# CERTIFICATE OF SERVICE

I hereby certify that on _____ I mailed or served electronically a true

and correct copy of the attached_____

_____for _____,

Case Number _____, to the following:

The following parties were served electronically:

**Trustee,** Rodolfo Camacho

Portland, OR

**US Trustee**

Portland, OR

Dated:_____          /s/ Todd Trierweiler
                                    Todd Trierweiler, OSB#85348
                                    Attorney for Debtor