Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
) Case No.
)
) ORDER EXTENDING TIME TO FILE
) DEFICIENCY DOCUMENTS

Debtor,

Based on the motion filed by Debtor's attorney, Todd Trierweiler & Associates,

requesting that the court enter an order extending time to file deficiency documents until

_____.

IT IS HEREBY ORDERED that the clerk shall extend time to file deficiency documents

through _____.

#   #   #

Submitted by:

/s/ Todd Trierweiler
Todd Trierweiler, OSB 85348
TODD TRIERWEILER & ASSOCIATES
Attorney for Debtor

cc: Trustee
    US Trustee
    Debtor