```
                          United States Bankruptcy Court
                                District of Oregon
In re:                                                          Case No. 11-38010-tmb
Denise Mardene Subramaniam                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0979-3          User: diana               Page 1 of 2        Date Rcvd: Oct 03, 2011
                              Form ID: pdf018           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2011.
db          +Denise Mardene Subramaniam,   13865 SW Walker Rd,   Beaverton, OR 97005-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**                        **Signature:**  _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2011 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
Denise Mardene Subramaniam ) Case No. 11-38010-tmb7
 )
 ) ORDER EXTENDING TIME TO FILE
 ) DEFICIENCY DOCUMENTS

Debtor,

Based on the motion filed by Debtor's attorney, Todd Trierweiler & Associates,

requesting that the court enter an order extending time to file deficiency documents until

_____October 12, 2011_____.

IT IS HEREBY ORDERED that the clerk shall extend time to file deficiency documents

through ___October 12, 2011___.

# # #

Submitted by:

/s/ Todd Trierweiler
Todd Trierweiler, OSB 85348
cc: Trustee     TODD TRIERWEILER & ASSOCIATES
    US Trustee  Attorney for Debtor
    Debtor