**Below is an order of the Court.**

*Trish M Brown*

**U.S. Bankruptcy Judge**

ODFW (9/3/10) dtl

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re
**Denise Mardene Subramaniam**
Debtor(s)

) Case No. **11–38010–tmb7**
)
)
) ORDER DENYING DEBTOR'S
) APPLICATION FOR WAIVER
) OF CHAPTER 7 FILING FEE
)

The debtor(s) applied for a waiver of the filing fees in this case and, after due consideration, now, therefore,

**IT IS ORDERED** that:

1. Any previous order granting the application is set aside and the application is denied for the following reason(s):

    **Income exceeds guidelines per 28 USC §1930(f)(1).**

2. The Court must RECEIVE each payment below no later than the date indicated.

    **$100 by 11/14/11.**

    **$100 by 12/12/11.**

    **$99 by 1/10/12.**

    Payments must be made payable to "Clerk, U.S. Bankruptcy Court" and delivered to the Clerk at 1001 SW 5th Ave #700, Portland, OR 97204.

3. The failure to timely pay any amount as required makes the entire unpaid balance immediately due and payable, and the case may be promptly dismissed for failure to comply.

4. Until all filing fees are paid in full the debtor(s) must not pay, and no person may accept, any additional money for services in connection with this case, and the debtor(s) must not relinquish, and no person may accept, any property as payment for services in connection with this case.

###