```
                           United States Bankruptcy Court
                                  District of Oregon
In re:                                                         Case No. 11-38010-tmb
Denise Mardene Subramaniam                                     Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0979-3          User: diana              Page 1 of 2              Date Rcvd: Oct 12, 2011
                              Form ID: ODFW            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db           +Denise Mardene Subramaniam,    13865 SW Walker Rd,    Beaverton, OR 97005-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                     **Signature:**     *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2011 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

**Below is an order of the Court.**

*[signature]*

U.S. Bankruptcy Judge

ODFW (9/3/10) dtl

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Denise Mardene Subramaniam**
Debtor(s)

) Case No. **11–38010–tmb7**
)
)
) ORDER DENYING DEBTOR'S
) APPLICATION FOR WAIVER
) OF CHAPTER 7 FILING FEE
)

The debtor(s) applied for a waiver of the filing fees in this case and, after due consideration, now, therefore,

**IT IS ORDERED** that:

1. Any previous order granting the application is set aside and the application is denied for the following reason(s):

    **Income exceeds guidelines per 28 USC §1930(f)(1).**

2. The Court must RECEIVE each payment below no later than the date indicated.

    **$100 by 11/14/11.**

    **$100 by 12/12/11.**

    **$99 by 1/10/12.**

    Payments must be made payable to "Clerk, U.S. Bankruptcy Court" and delivered to the Clerk at 1001 SW 5th Ave #700, Portland, OR 97204.

3. The failure to timely pay any amount as required makes the entire unpaid balance immediately due and payable, and the case may be promptly dismissed for failure to comply.

4. Until all filing fees are paid in full the debtor(s) must not pay, and no person may accept, any additional money for services in connection with this case, and the debtor(s) must not relinquish, and no person may accept, any property as payment for services in connection with this case.

###