```
                         United States Bankruptcy Court
                               District of Oregon
```

In re:                                                              Case No. 11-38010-tmb
Denise Mardene Subramaniam                                          Chapter 7
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0979-3           User: kerrie                 Page 1 of 2              Date Rcvd: Nov 03, 2011
                               Form ID: NOHIMH              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2011.
db             +Denise Mardene Subramaniam,   13865 SW Walker Rd,   Beaverton, OR 97005-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2011**                      **Signature:**   _/s/ Joseph Speetjens_

District/off: 0979-3           User: kerrie              Page 2 of 2                  Date Rcvd: Nov 03, 2011
                               Form ID: NOHIMH           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2011 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

NOHIMH (2/24/10) kam

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 3, 2011

Clerk, U.S. Bankruptcy Court

BY **kam** DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re  )
**Denise Mardene Subramaniam**  ) Case No.  **11–38010–tmb7**
Debtor(s)  )
  )
  ) NOTICE OF
  ) TELEPHONE HEARING
  )

**NOTICE IS GIVEN THAT:**

1. A **"MEET–ME"** style **TELEPHONE HEARING,** at which testimony will not be received, will be held:

   **DATE:** 11/22/11  **TIME:** 11:30 AM   **RE:** First Amended Application for Waiver of Chapter 7 Filing Fee Filed by Debtor Denise Mardene Subramaniam (TRIERWEILER, TODD)

2. **NO LATER THAN THE HEARING TIME SHOWN ABOVE, ALL** participants are **REQUIRED** TO CALL IN **AND CONNECT** to the "MEET–ME" telephone hearing line at **(503) 326–6337.** When connected, **ENTER** the 3–digit *ID No.* **"444"** *followed by* the **"#"** key. Each participant must **ALSO COMPLY WITH EACH HEARING REQUIREMENT LISTED BELOW.** [NOTES: (a) Do NOT call more than 5 minutes before this hearing, AND (b) If you have problems connecting, call the court at either 503–326–1510 for a PORTLAND office case OR 541–431–4005 for a EUGENE office case.]

**"MEET–ME" STYLE TELEPHONE HEARING REQUIREMENTS**

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

   a. **YOU MUST CALL IN AND CONNECT** to the "Meet–Me" telephone hearing line, **NO LATER THAN THE HEARING TIME and USING the instructions above,** or personally appear in the judge's courtroom. The court will **NOT** call the parties.

   b. **DO NOT USE** a SPEAKER PHONE, CELL PHONE **OR** HEADSET! You may be asked to call from another telephone if your phone causes static or has excessive background noise, etc., or the signal is weak or drops.

   c. You must take all necessary steps to ELIMINATE BACKGROUND NOISE, such as shutting the door, turning off music, not putting the court on hold if it will result in music or other noise, not talking to third parties, using a "Do Not Disturb" button so the telephone/intercom will not ring, positioning the telephone to minimize paper rustling, and keeping all nonparticipants in the room quiet.

   d. DO NOT introduce yourself until the court calls your specific hearing. Simply stay on the line, even if there is only silence, until the judge appears, and then continue to listen quietly until your hearing is called.

   e. Whenever speaking, you must first identify yourself.

   f. DO NOT be late. The judge will handle late calls the same as (s)he would a late appearance in court. If the case has already been called, the judge will likely decline to revisit any decision that was made when the case was called. Failure of the movant/plaintiff to appear at the scheduled time may result in denial of the relief requested, and failure of the respondent/defendant may result in the court granting the relief requested.

Clerk, U.S. Bankruptcy Court