| | | | |
|---|---|---|---|
| 11/22/2011 | | TUESDAY | Judge Trish M Brown |
| 11:30 AM<br>CR 4 | ■ 11-38010 tmb 7 | Denise Mardene Subramaniam | |

First Amended Application for Waiver of Chapter 7 Filing Fee Filed by Debtor Denise Mardene Subramaniam (TRIERWEILER, TODD) (16)
Denise Mardene Subramaniam - db   TODD TRIERWEILER
Rodolfo A Camacho - tr

Lawrence Bonnell
Mr Knutsen

**Evidentiary Hearing:**   Yes: ☐   No: ☒

Allow the Amended Application for Waiver of fees.

Order to be prepared by:  ☒ clerk's office   ☐ chambers   ☐ _____

DOCKET ENTRY: