Below is an Order of the Court.

_/s/ Trish M. Brown_
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

| | | |
|---|---|---|
| In re | ) | Case Number 11-38010-tmb7 |
| Denise Mardene Subramaniam | ) | |
| | ) | ORDER VACATING ORDER DENYING |
| | ) | DEBTOR'S APPLICATION FOR |
| | ) | WAIVER OF CHAPTER 7 FILING FEE |
| Debtor(s) | ) | |

It appearing a First Amended Application for Waiver of Chapter 7 Filing Fee was filed, and after due consideration and for good cause shown at the hearing held November 22, 2011,

**IT IS ORDERED** that the order denying the debtor's Application for Waiver of Chapter 7 Filing Fee is vacated and set aside, and the debtor shall not be required to make monthly installment payments as previously ordered.

###

cc: Denise Mardene Subramaniam