**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

OGFW (12/1/09) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Denise Mardene Subramaniam**
Debtor(s)

Case No. **11–38010–tmb7**

**AMENDED**
ORDER RE DEBTOR'S
APPLICATION FOR WAIVER
OF CHAPTER 7 FILING FEE

The debtor(s) applied for a waiver of the Petition filing fee in this case and, after due consideration, now, therefore,

**IT IS ORDERED** that the debtor(s)' application to waive the filing fee in this case is granted to the following extent:

1. Debtor(s) shall not be required to pay the Petition filing fee and any Petition filing fee previously paid shall be refunded by the clerk; and

2. The trustee shall pay the Petition filing fee to the extent possible out of any estate assets collected and administered by the trustee.

**IT IS FURTHER ORDERED** that the court may reconsider the entry of this order if the trustee files, within 14 days after conclusion of the §341(a) meeting of creditors, a motion for reconsideration which includes a certification that a copy was served on the debtor and any debtor's attorney.

### 

22 – 16