In re:                                                          Case No. 11-38010-tmb
Denise Mardene Subramaniam                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3           User: tracy              Page 1 of 2              Date Rcvd: Nov 25, 2011
                               Form ID: OGFW            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2011.
db          +Denise Mardene Subramaniam,    13865 SW Walker Rd,    Beaverton, OR 97005-1015
smg         +BNC Coordinator,    1001 SW 5th Ave #700,    Portland, OR 97204-1141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2011**              **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2011 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

**Below is an order of the Court.**

*/s/ Trish M Brown*

**U.S. Bankruptcy Judge**

OGFW (12/1/09) tlh

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Denise Mardene Subramaniam**
Debtor(s)

Case No. **11–38010–tmb7**

**AMENDED**
ORDER RE DEBTOR'S
APPLICATION FOR WAIVER
OF CHAPTER 7 FILING FEE

The debtor(s) applied for a waiver of the Petition filing fee in this case and, after due consideration, now, therefore,

**IT IS ORDERED** that the debtor(s)' application to waive the filing fee in this case is granted to the following extent:

1. Debtor(s) shall not be required to pay the Petition filing fee and any Petition filing fee previously paid shall be refunded by the clerk; and

2. The trustee shall pay the Petition filing fee to the extent possible out of any estate assets collected and administered by the trustee.

**IT IS FURTHER ORDERED** that the court may reconsider the entry of this order if the trustee files, within 14 days after conclusion of the §341(a) meeting of creditors, a motion for reconsideration which includes a certification that a copy was served on the debtor and any debtor's attorney.

###

22 – 16