```
                          United States Bankruptcy Court
                                District of Oregon
In re:                                                      Case No. 11-38010-tmb
Denise Mardene Subramaniam                                  Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0979-3          User: tracy              Page 1 of 2          Date Rcvd: Nov 25, 2011
                              Form ID: pdf018          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2011.
db              +Denise Mardene Subramaniam,    13865 SW Walker Rd,    Beaverton, OR 97005-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2011**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2011 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

| | | |
|---|---|---|
| In re | ) | Case Number 11-38010-tmb7 |
| Denise Mardene Subramaniam | ) | |
| | ) | ORDER VACATING ORDER DENYING |
| | ) | DEBTOR'S APPLICATION FOR |
| | ) | WAIVER OF CHAPTER 7 FILING FEE |
| Debtor(s) | ) | |

It appearing a First Amended Application for Waiver of Chapter 7 Filing Fee was filed, and after due consideration and for good cause shown at the hearing held November 22, 2011,

**IT IS ORDERED** that the order denying the debtor's Application for Waiver of Chapter 7 Filing Fee is vacated and set aside, and the debtor shall not be required to make monthly installment payments as previously ordered.

###

cc: Denise Mardene Subramaniam