**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 6, 2011

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Denise Mardene Subramaniam**
Debtor(s)

Case No. **11−38010−tmb7**

NOTICE OF INTENT
TO CLOSE CASE
WITHOUT ENTRY OF
DISCHARGE

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by the debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management on Official Form #B23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204