```
                         United States Bankruptcy Court
                               District of Oregon
In re:                                                   Case No. 11-38010-tmb
Denise Mardene Subramaniam                               Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0979-3       User: admin              Page 1 of 2          Date Rcvd: Dec 06, 2011
                           Form ID: NICCND          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
db             +Denise Mardene Subramaniam,    13865 SW Walker Rd,    Beaverton, OR 97005-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**          **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2011 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

| NICCND (12/1/10) | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|---|

In re )
**Denise Mardene Subramaniam** ) Case No. **11−38010−tmb7**
Debtor(s) )
) NOTICE OF INTENT
) TO CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE
)

December 6, 2011

Clerk, U.S. Bankruptcy Court

BY DEPUTY

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by the debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management on Official Form #B23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204